377 A.2d 984

Commonwealth v. Byle, Appellant.

Argued June 16, 1977.
John E. Feather, Jr., Assistant Public Defender, for appellant; Thomas S. Long, Assistant District Attorney, with him George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 984

Commonwealth v. Colonial Gardens Nursing Home, Appellant.

Argued June 21, 1977. Lawrence S. Rosenwald, with him David L. Pollack, for appellant; Jane Cutler Greenspan, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

Supersedeas dissolved.

HOFFMAN, J., did not participate in the consideration or decision of this case.